**The People of the State of Illinois, defendant in error, v. Max Boydston, plaintiff in error.**
Conviction on charge of wife abandonment. Error to the County Court of Morgan county; the Hon. William E. Thompson, Judge, presiding. Heard in this court at the October term, 1917. Reversed and remanded. Opinion filed April 19, 1918.

(632)

Worthington, Reeve & Green, for plaintiff in error; Marsh & Martin, of counsel. Carl E. Robinson, for defendant in error; J. O. Priest, of counsel.

Mr. Justice Thompson delivered the **opinion of the court.**